

January 2, 2025

**VIA ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601-4150

> Application granted. The initial conference scheduled for January 8, 2025 is adjourned to January 13, 2025 at 10:00 a.m., using the same dial-in instructions previously provided.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>            January 3, 2025

Re:   *Gonzalez v. Baxter Property Management Corp. et al.*
      Case No. 7:24-cv-07746-PMH

Dear Judge Halpern:

As counsel to Defendants Baxter Property Management Corp. and Amanda Baxter in the above-referenced case, I write, in accordance with Your Honor's Individual Practices, to request an adjournment of the initial conference scheduled for January 8, 2025 at 10:00 am. I make this request because I am scheduled to participate in court-ordered mediation on January 8, beginning at 10:00 am, in another case pending in the Southern District of New York (Case No. 1:24-cv-05189-JPC).

This is Defendants' first request for an adjournment of the initial conference, and Plaintiff's counsel consents to the requested adjournment. The parties conferred and agreed upon the following dates when all parties are available for a rescheduled initial conference: January 9, 13, 14, and 20. The parties are also available at the Court's convenience to discuss alternative date, should the proposed dates be inconvenient for the Court.

I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Shawn Matthew Clark*

Shawn Matthew Clark

cc:   All counsel of record (by ECF)

littler.com

Hon. Philip M. Halpern
January 2, 2025
Page 2

littler.com