UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSAURA GONZALEZ,

                Plaintiff,

    -against-

BAXTER PROPERTY MANAGEMENT CORP.
and AMANDA BAXTER,

                Defendants.
-----------------------------------------------------------X

**ORDER**

24-CV-07746 (PMH)

PHILIP M. HALPERN, United States District Judge:

    A Discovery Conference was held on June 9, 2025, concerning the issues raised in the parties' joint letter (Doc. 22). Counsel for all parties appeared. For the reasons explained more fully at the conference, the Court issued the following rulings:

1) Overruled Defendants' objections to Request Nos. 5 and 15 and reminded Defendants of their continuing obligation to produce responsive documents.

2) Sustained Defendants' objection as to the term "disability" in Request No. 8 but otherwise overruled Defendants' objections and reminded them of their continuing obligation to produce responsive documents.

3) Overruled Defendants' objection to Request No. 10 and directed Defendants to produce, within two weeks, documents concerning any formal or informal complaints by Plaintiff or to inform Plaintiff by written letter that no responsive documents exist.

4) Sustained Defendants' objections to Request No. 12.

5) Overruled Defendants' objections to Requests Nos. 13 and 16, directed Defendants to produce any responsive documents to these requests within two weeks, permitted Defendants to redact the confidential information of third parties, and limited the time frame of these requests to December 1, 2022 to October 11, 2024.

6) Overruled Defendants' objections to Requests Nos. 17, 18, 19, and 21 and directed Defendants to produce, within two weeks, documents responsive to these requests or to inform Plaintiff by written letter that no responsive documents exist.

7) Directed Defendants to review electronically stored information ("ESI") and use December 1, 2022 to June 28, 2024 as the time frame for their ESI search. The parties shall meet and confer regarding a prompt production of ESI to Plaintiff.

*See* Transcript.

Dated: White Plains, New York
June 9, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge