UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ROSAURA GONZALEZ,

                Plaintiff,

        -against-

BAXTER PROPERTY MANAGEMENT CORP.
and AMANDA BAXTER,

                Defendants.
-----------------------------------------------------------X

**ORDER**

24-CV-07746 (PMH)

PHILIP M. HALPERN, United States District Judge:

Counsel for all parties appeared in-person today for a discovery conference. For the reasons explained more fully at the conference, the Court issued the following rulings:

1) Plaintiff's application for sanctions pursuant to Federal Rule of Civil Procedure 37 is DENIED without prejudice.

2) Defendants are directed to complete their document production by **July 28, 2025**.

3) Defendants are directed to produce Baxter Property Management Corp.'s full employee handbook by **July 28, 2025**.

4) Defendant Baxter Property Management Corp. is directed to designate its Federal Rule of Civil Procedure 30(b)(6) ("Rule 30(b)(6)") witness by **July 28, 2025**.

5) The parties are directed, by **July 28, 2025**, to meet and confer and agree on a date to hold the Rule 30(b)(6) deposition of Defendant Baxter Property Management Corp.'s representative.

6) Defendants, by the **close of business today**, are directed to give Plaintiff the last known address of Defendant Baxter Property Management Corp.'s former employee, Tammy Burn.

*See* Transcript.

The Clerk of Court is respectfully directed to terminate the motion pending at Doc. 29.

2

Dated: White Plains, New York
       July 22, 2025

SO ORDERED:

_____
Philip M. Halpern
United States District Judge