

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

Garrick Josephs
Associate
212.471.4416 direct
212.583.9600 main

September 23, 2025

> Application granted in part. The case management conference scheduled for October 15, 2025 is adjourned sine die. Any summary judgment pre-motion letter shall be filed by October 31, 2025.
>
> SO ORDERED.
>
> _____
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
>        September 24, 2025

**VIA CM/ECF**
Hon. Philip M. Halpern
United States District Court
Southern District of New York
Federal Building and United States Courthouse
300 Quarropas Street
White Plains, NY 10601

Re:   **_Rosaura Gonzalez v. Baxter Property Management Corp. and Amanda Baxter_**
      **Civil Action No. 7:24-cv-07746-PMH**

Judge Halpern:

On behalf of Defendants Baxter Property Management Corporation and Amanda Baxter, we submit this letter-motion in accordance with your Honor's Individual Practice Rules, to respectfully request an adjournment of the October 15, 2025 case management conference and an order setting a briefing schedule for summary judgment.

The is the parties' first request for an adjournment of the case management conference and extension of the summary judgment deadlines. The parties have substantially completed discovery and depositions. Plaintiff recently produced an additional HIPAA authorization for a previously undisclosed health care provider and mitigation documents related to her subsequent employment. Defendants are waiting on additional mitigation documents, and all parties are waiting on signed deposition transcripts and errata sheets.

Defendants intend to move for summary judgment on all claims and request that the Court order the following schedule, to which Plaintiff consents:

| **Task:** | **Deadline:** |
|---|---|
| Defendants to serve Rule 56.1 Statement on Plaintiff | 10/10/2025 |
| Plaintiff to serve Rule 56.1 Counter-Statement on Defendants | 10/24/2025 |
| Defendants to file pre-motion conference letter | 10/31/2025 |
| Plaintiff to file response to pre-motion conference letter | 11/07/2025 |
| Adjourned case management conference and pre-motion conference to be held | At Court's convenience |
| Defendants to move for summary judgment | Within 30 days of conference |

Hon. Philip M. Halpern
September 23, 2025
Page 2

      This additional time is needed to allow Defendants to finalize and serve their Rule 56.1 statement on Plaintiff, after all depositions have been signed, and to draft and file their anticipated pre-motion conference letter. The adjournment of the case management conference is made for efficiency purposes so the court and the parties can address the case status and anticipated summary judgment motion at one court appearance.

      We appreciate the Court's time and consideration of this request.

Respectfully submitted,

*/s/ Garrick Josephs*

*Garrick Josephs*

cc: All counsel of record (via ECF)

SO ORDERED:

_____
Philip M. Halpern
United States District Judge