

**Littler Mendelson, P.C.**
900 Third Avenue
New York, New York 10022.3298

> Application granted. The pre-motion conference regarding Defendants' proposed summary judgment motion is adjourned to January 6, 2026 at 2:30 p.m. in the White Plains Courthouse in Courtroom 520.
>
> The Clerk of Court is respectfully requested to terminate the letter-motion pending at Doc. 48.
>
> SO ORDERED.
>
> Philip M. Halpern
> United States District Judge
>
> Dated:  White Plains, New York
>          December 5, 2025

December 5, 2025

**VIA CM/ECF**

Hon. Philip M. Halpern
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

Re:    *Gonzalez v. Baxter Property Mgmt. Corp.*, Civil Action No. 7:24-cv-07746-PMH

Dear Judge Halpern:

As lead counsel for Defendants Baxter Property Management Corporation and Amanda Baxter, I write in accordance with Your Honor's Individual Practices, to request an adjournment of the December 18, 2025 pre-motion conference or, in the alternative, to ask the Court to convert the December 18 conference to a remote appearance. I make this request because I will be in California on December 18, returning to New York late in the afternoon on December 23, 2025. While in California, I will have access to my phone and computer, should the Court elect to make the conference a remote appearance. If the Court adjourns the pre-motion conference, I am available at the Court's convenience beginning on December 29, 2025, and thereafter.

This is Defendants' first request for an adjournment of the December 18 premotion conference. Adjourning the conference will affect no other scheduled deadline. I corresponded with Plaintiff's counsel yesterday and he consented to adjourning the conference or making the conference remote.

Thus, on behalf of Defendants, I respectfully request that the Court either adjourn the December 18 conference to a date on or after December 29, or make the December 18 conference a remote appearance. I thank the Court for its consideration of this request.

Respectfully submitted,

*/s/ Shawn Mathew Clark*

Shawn Matthew Clark


cc: All counsel of record (via ECF)


4896-4555-1999 / 124231.1001