UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
ROSAURA GONZALEZ,

                              Plaintiff,

v.

                                                          ORDER

BAXTER PROPERTY MANAGEMENT CORP.
and AMANDA BAXTER,                                        24-cv-07746-PMH

                              Defendants.
----------------------------------------------------------X

PHILIP M. HALPERN, United States District Judge:

        The Court has been informed that the Parties have reached a settlement in principle in

this case. Accordingly, it is hereby **ORDERED** that this action is dismissed without costs and

without prejudice to restoring the action to the Court's calendar, provided the application to

restore the action is made within thirty (30) days of this Order. Any application to reopen filed

after thirty (30) days from the date of this Order may be denied solely on that basis. Any pending

motions are DISMISSED as moot, and all conferences are CANCELED.


Dated:  White Plains, New York
        June 26, 2026


                                        _____
                                        Philip M. Halpern
                                        United States District Judge